IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Derico Tyrick DAYTAZiman Smith )  Civil Action No. 2:25-cv-8681-DCN-MGB
[Enter the full name of the plaintiff in this action]        )                     (to be assigned by Clerk)
                                                             )
                                                             )        **COMPLAINT**
v.                                                           )        **State Prisoner**
                                                             )
Cherokee County Detention Center )
Gaffney South Carolina 29340     )
_____)
_____)
_____)
_____)

Enter above the full name of defendant(s) in this action

I.   PREVIOUS LAWSUITS

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?     Yes_____     No__✓__

    B.  If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        1.  Parties to this previous lawsuit:

            Plaintiff: _____

            Defendant(s): _____

        2.  Court: _____
                   (If federal court, name the district; if state court, name the county)

        3.  Docket Number: _____

        4.  Name(s) of Judge(s) to whom case was assigned: _____

        5.  Disposition: _____
                         (For example, was the case dismissed? Appealed? Pending?)

        6.  Approximate date of filing lawsuit: _____

        7.  Approximate date of disposition: _____

Complaint - State Prisoner
Revised May 9, 2013

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: Cherokee County Detention Center

B. What are the issues that you are attempting to litigate in the above-captioned case? I'm trying to Sue for pain and suffering for my tooth Ach that's Been going on for month's.

C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓ No____

   (2) Did you file a grievance concerning the claims you are raising in this matter? Yes ✓ No____

   When March 15th 2025  Grievance Number (if available) #1098-70142

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)? Yes ✓ No____

E. When was the final agency/departmental/institutional answer or determination received by you? 6/12/2025

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes ✓ No____

G. If your answer is YES:

   1. What steps did you take? Complained to Nurse and Captin

   2. What was the result? Was told to have my family make Dentist Appointment.

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: Derico Tyrick DayTaziman Smith  Inmate No.: 20160624

   Address: 418 Barclay Ave Gaffney S.C. - 29340

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Cherokee County Detention  Position: Detention Center

   Place of Employment: County Jail

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

_____
_____
_____

Complaint - State Prisoner
Revised May 9, 2013

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

I first started having tooth problem's march 18th 2025 I made a grievance on the kiosk telling the nurse my problem's, I was in a world of pain to the point where I couldn't sleep I also asked the officer's in the unit if I could get some Tylenol or I.B. profen to help with the pain they denied me so I had to deal with tooth pain for two day's until I was seen by the nurse. She informed me my family needed to make a dentist appointment then she gave me two tylenol's my family made the appointment and I still wasn't taken to get the tooth removed. The pain calmed down so I was okay for a while then may 18th my tooth became infected I made a complaint on the kiosk I was seen by the nurse on the 20th of may she told me again to make a dentist appointment which was made with Dr. Jolly office. She then started me on antibiotic's may 22nd I stay on them for seven day's I still wasn't transported to the dentist after June 10th I complained about my tooth again she pushed me off. June 11th I complained to the captin I still havent been to the dentist today's

Complaint - State Prisoner
Revised May 9, 2013

IV. STATEMENT OF CLAIM - continued.

June 17th 2025 I still havent been to a Dentist And Im being pushed off by the County every time I ask or complain about my mouth/tooth Im going through pain and suffering.

[All Griveance Form's and Griveance number]
→ March 15th, 2025 #1098-70142
May 18th, 2025 #1098-72511
June 10th, 2025 #1098-73152
June 11th, 2025 #1098-73187

## V. RELIEF

*State briefly and exactly what you want the court to do for you.*

I want the court to make the county pay for my Dental work and I want them to make them pay for my pain and suffering that I've had to go through and still going through.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _July_ day of _3rd_ , 20 _25_ .

_Devine Smith_
Signature of Plaintiff

Complaint - State Prisoner
Revised May 9, 2013